IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Johnson, Donna M | Case Number: 06 B 05198 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 01/22/09 | Filed: 5/8/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: December 8, 2008
Confirmed: August 21, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,861.00 | |
| Secured: | | 6,155.54 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,167.70 |
| Trustee Fee: | | 537.76 |
| Other Funds: | | 0.00 |
| Totals: | 9,861.00 | 9,861.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 467.50 | 467.50 |
| 2. | Robert J Semrad & Associates | Administrative | 2,700.20 | 2,700.20 |
| 3. | Rogers & Hollands Jewelers | Secured | 0.00 | 0.00 |
| 4. | Chase Automotive Finance | Secured | 5,213.42 | 2,025.00 |
| 5. | EMC Mortgage Corporation | Secured | 6,401.85 | 4,130.54 |
| 6. | RoundUp Funding LLC | Unsecured | 10.38 | 0.00 |
| 7. | JP Morgan Chase Bank | Unsecured | 709.96 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 58.49 | 0.00 |
| 9. | JP Morgan Chase Bank | Unsecured | 194.32 | 0.00 |
| 10. | Marshall Field & Company | Unsecured | 156.85 | 0.00 |
| 11. | Illinois Student Assistance Commission | Unsecured | 6,496.52 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 114.88 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 107.34 | 0.00 |
| 14. | Marshall Field & Company | Unsecured | 534.54 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 40.11 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 397.26 | 0.00 |
| 17. | B-Line LLC | Unsecured | 1,013.92 | 0.00 |
| 18. | HSBC Bank USA | Unsecured | | No Claim Filed |
| | | | $ 24,617.54 | $ 9,323.24 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Johnson, Donna M

Printed: 01/22/09

Case Number:  06 B 05198
Judge:  Hollis, Pamela S
Filed:  5/8/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 4.37 |
| 5% | 7.90 |
| 4.8% | 156.65 |
| 5.4% | 218.70 |
| 6.5% | 150.14 |
|  | $ 537.76 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

